FILED

07/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0727

**IN SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 19-0727**

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | ) |
| | ) |
| Petitioner/Appellee, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER GRANTING** |
| KATY WESSEL, JOHN MEHAN, | ) **EXTENSION OF TIME** |
| MARC FLORA, GLORIA FLORA, and | ) |
| CONNIE CRITES AS THE PERSONAL | ) |
| REPRESENTATIVE OF THE ESTATES | ) |
| OF JOHN MICHAEL CRITES. | ) |
| | ) |
| Respondents/Appellants. | ) |
| | ) |

PURSUANT to Appellants'/Cross-Appellees' Second Unopposed Motion for Extension of Time, the Affidavit in Support, and as opposing counsel has no objection, and for good cause appearing,

IT IS HEREBY ORDERED that Appellants/Cross-Appellees Wessel and Mehan shall have to and including August 7, 2020, to file Appellants' Reply Brief and Cross-Appellees' Response Brief in the above-entitled matter.

DONE AND DATED this _____, 2020.

By _____

**ORDER GRANTING EXTENSION OF TIME--pg. 1**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 7 2020